UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK STEVENS,

                         Petitioner,

-against-

S. WALKER, Warden at R.N.D.C. C-74,

                         Respondent.

22-CV-6545 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated August 2, 2022, the Court directed Petitioner, within thirty days, to submit a completed request to proceed *in forma pauperis* (IFP) or pay the $5.00 filing fee. That order specified that failure to comply would result in dismissal of the petition. Petitioner has not filed an IFP application or paid the fee.[1] Accordingly, the petition is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

      Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

---

[1] Public records maintained by the New York City Department of Correction show that Petitioner was released on September 12, 2022. *See* https://a073-ils-web.nyc.gov/inmatelookup/pages/detail/body.jsf.

The Clerk of Court is directed to enter judgment in this case.

SO ORDERED.

Dated:   October 3, 2022
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge